| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| William McDonald<br>　　　　　　　　　Plaintiff,<br>v.<br>Syngenta Crop Protection, LLC, et al.<br>　　　　　　　　　Defendant, | Court File Number<br>0:21-cv-01068<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware　　} SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta Crop Protection, LLC, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta Crop Protection, LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

　　　　　　　　　　　　Dated: __5_/_3_/2021　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252540 1860

Re: 6146-001 (W. McDonald)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| William McDonald<br>　　　　　　　　　Plaintiff, | Court File Number<br>0:21-cv-01068 |
| v.<br>Syngenta Crop Protection, LLC, et al.<br>　　　　　　　　　Defendant, | AFFIDAVIT OF SERVICE |

State of Delaware  ) SS
County of New Castle )

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta AG, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta AG, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021         Denorris Brit

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252541 1861

Re: 6146-001 (W. McDonald)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| William McDonald<br>           Plaintiff,<br><br>v.<br><br>Syngenta Crop Protection, LLC, et al.<br>           Defendant, | Court File Number<br>0:21-cv-01068<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta Seeds, LLC, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta Seeds, LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021

Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252542 1862

Re: 6146-001 (W. McDonald)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| William McDonald<br>            Plaintiff,<br><br>v.<br><br>Syngenta Crop Protection, LLC, et al.<br>            Defendant, | Court File Number<br>0:21-cv-01068<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware  } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Chevron Phillips Chemical Company LP, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Chevron Phillips Chemical Company LP, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021        _____
                       Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252543 1863

Re: 6146-001 (W. McDonald)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

William McDonald
                Plaintiff,

Court File Number
C:21-cv-01068

v.

**AFFIDAVIT OF SERVICE**

Syngenta Crop Protection, LLC, et al.
                Defendant,

State of Pennsylvania } SS
County of Cumberland }

I, __Michelle Guyton__, state that on
   (Name of Server)

__5__ / __3__ /2021 at __11__ : __43__ __A__ M, I served the:
(Date of Service)       (Time of Service)

   Summons & Complaint

upon: Chevron U.S.A., Inc.

therein named, personally at:   Corporation Service Company
                                    2595 Interstate Drive, Suite 103
                                    Harrisburg, PA 17110

by handing to and leaving with:

__Dave Bulakowski__ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for Chevron U.S.A., Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __5__ / __5__ /2021      X __Michelle Guyton__
                                              (Signature of Server)

                                              __Michelle Guyton__
                                              (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



**METRO LEGAL**
legal support specialists since 1969

Serial # GUSGL 252544 1864

Re: 6146-001 (W. McDonald)

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-